UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20138-CIV-COOKE/BANDSTRA

DILCIA CARRASCO,

    Plaintiff,

vs.

HONDURAS MAYA RESTAURANT
& CAFETERIA, INC., a Florida corporation,
d/b/a HONURAS MAYA RESTAURANT, and
ELSA ORTIZ, individually,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on Plaintiff's Motion to Compel Answer to Complaint by Elsa Ortiz or Alternatively for Default (D.E. 45) filed on October 1, 2010. Upon review of this motion, the response and reply thereto, the court file and applicable law, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion to Compel Answer to Complaint by Elsa Ortiz or Alternatively for Default is DENIED, the Court finding that defendant Elsa Ortiz has not waived service of process by counsel's filing a notice of appearance without requesting any affirmative relief.

DONE AND ORDERED in Chambers at Miami, Florida this 27th day of October, 2010.

                                              Ted E. Bandstra
                                           United States Magistrate Judge

Copies furnished to:
Hon. Marcia G. Cooke
Counsel of record